## CLARVOE v. UNITED STATES.
### No. 46577.

United States Court of Claims.
Nov. 1, 1948.

Entry of judgment is suspended pending receipt of a report from the General Accounting Office as to the amount due in accordance with the foregoing findings and this opinion.

It is so ordered.

## In re PARAMOUNT JEWELRY CO., Inc.

United States District Court
S. D. New York.
June 17, 1948.

Fred W. Shields, of Washington, D. C. (King & King, of Washington, D. C., on the brief), for plaintiff.

Paris T. Houston, of Washington, D. C., and H. G. Morison, Asst. Atty. Gen., for defendant.

Before JONES, Chief Judge, and LITTLETON, WHITAKER, MADDEN and HOWELL, Judges.

## PER CURIAM.

The plaintiff was an Army officer during the period involved. His suit is for the increased statutory rental and subsistence allowances for an officer of his rank and length of service with a dependent mother. The facts show conclusively that plaintiff's mother was dependent upon him for her chief support from November 25, 1940, through December 7, 1941. Plaintiff is entitled to recover. Abrahamson v. United States, 97 C.Cl. 706.